## (March 19, 1937.)

PAUL ADLER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of ADLER, COLEMAN & Co., and Others, Respondents, v. BUSH TERMINAL COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of

Appeals denied. Present — Lazansky, P. J., Hagarty, Adel and Close, JJ.; Carswell, J., not voting.